**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREGORIO OSTOLAZA-AYALA, | No. 09-72503 |
| Petitioner, | Agency No. A092-183-358 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 14, 2013[**]

Before:     SCHROEDER, GRABER, and PAEZ, Circuit Judges.

Gregorio Ostolaza-Ayala, a native and citizen of Peru, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

abuse of discretion the denial of a motion to reopen, *Mohammed v. Gonzales*, 400

---

        [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

F.3d 785, 791-92 (9th Cir. 2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying Ostolaza-Ayala's motion to reopen as untimely where Ostolaza-Ayala filed his motion more than five years after his final order of removal, and he failed to demonstrate that the one-year filing deadline should be waived due to extraordinary circumstances.  8 U.S.C. § 1229a(c)(7)(C)(iv)(III).

In light of our disposition, we need not reach Ostolaza-Ayala's remaining contention.

**PETITION FOR REVIEW DENIED.**

2